## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  07-cr-00017-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  LEONARDO LOPEZ-ROMERO,
        a/k/a "Rigoberto Sicarious-Gonzales,"
        a/k/a "Chato Lopez-Romero,"
        a/k/a "Chapo Lopez-Romero," and
        a/k/a "Edwardo Rios,"

      Defendant.

---

## MINUTE ORDER[1]

---

      A Notice of Disposition was filed on March 26, 2007.  A Change of Plea hearing is set for **April 27, 2007**, at 2:30 p.m.  **Counsel for the parties shall deliver a courtesy copy of all change of plea documents separately to Judge Blackburn's chambers AND to the Probation Department not later than <u>48 hours</u> before the change of plea hearing date**.  *See* D.C.COLO.LCrR 11.1C. If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy. On the date of the hearing, counsel shall then bring with them an original and one (1) copy of the plea agreement and the statement in advance. *See*  D.C.COLO.LCrR 11.1F.

      The **Plea Agreement and Statement Relevant to Sentencing** required by D.C.COLO.LCrR 11.1C (in the form prescribed by Appendix J) shall include also a separate section enumerating and identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty or nolo contendere.

Dated:  March 26, 2007

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.