**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  07-cr-00017-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  LEONARDO LOPEZ-ROMERO,
      a/k/a "Rigoberto Sicarious-Gonzales,"
      a/k/a "Chato Lopez-Romero,"
      a/k/a "Chapo Lopez-Romero," and
      a/k/a "Edwardo Rios,"

      Defendant.

---

**MINUTE ORDER**[1]

---

Due to a conflict arising on the court's calendar, the change of plea hearing previously set for April 27, 2007, is **VACATED** and is **RESET** to **June 22, 2007**, at 1:30 p.m.  The U.S. Marshal shall secure the defendant's appearance for this hearing.

Dated:  March 27, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.